No. 77–1541.   GARRETT ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 77–6059.   O'LEARY v. A. O. SMITH HARVESTORE PRODUCTS, INC.   C. A. 5th Cir.   Certiorari denied.

No. 77–6087.   MOORER ET AL. v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 77–6180.   DANIELS v. NEW MEXICO.   C. A. 10th Cir. Certiorari denied.

No. 77–6247.   WITHEROW v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 77–6267.   YODER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 77–6274.   RODRIGUEZ-GASTELUM v. UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 77–6323.   GILLINGS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–6332.   CASCIOLA v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 77–6346.   WOODSON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 77–6353.   WEDDELL v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 77–6357.   HOHENSEE ET AL. v. CARTER.   C. A. 4th Cir. Certiorari denied.

No. 77–6371.   BUNTS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.